UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No: 17-47788-399  Chapter 13 |
| | ) |
| **ELAINE WEATHERSBY** | ) |
| | ) |
| | ) |
| **Debtor** | ) |
| | ) |

**TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM**

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated August 01, 2018, to claim 7 filed on behalf of CAVALRY SPV I LLC.

Dated: August 06, 2018
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on August 06, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 06, 2018.

ELAINE WEATHERSBY
1517 MOONLIGHT DR
SAINT LOUIS, MO  63135

CAVALRY SPV I LLC
3936 E FORT LOWELL RD #200
C/O BASS & ASSOCIATES
TUCSON, AZ  85712

BASS & ASSOC PC
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee